01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  JOSHUA OSMUN KENNEDY,              )
                                        )   CASE NO.    C10-1216-RAJ
        Petitioner,                    )               (CR-08-354-RAJ)
09                                      )
        v.                              )
10                                      )   ORDER OF DISMISSAL
    UNITED STATES OF AMERICA,          )
11                                      )
        Respondent.                     )
12  _____ )

13
        The Court, after careful consideration of petitioner's 28 U.S.C. § 2255 motion for writ
14
of habeas corpus, the government's response, both parties' additional briefing, the Report and
15
Recommendation of the Honorable Mary Alice Theiler, the Petitioner's objections thereto, the
16
governing authorities and the balance of the record, does hereby find and ORDER:
17
        (1)     The Report and Recommendation is ADOPTED;
18
        (2)     Petitioner's § 2255 motion is DENIED and this petition is DISMISSED
19
                without prejudice to refiling it after the direct appeal is decided;
20
        (3)     Petitioner is DENIED issuance of a certificate of appealability; and
21
/ / /
22

ORDER OF DISMISSAL
PAGE -1

(4)   The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 30th day of March, 2011.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE -2